IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONY DANIELS                                                                                       PLAINTIFF

Vs.                                    CASE NO. 3:11cv00018 JMM

CHARLEY ELMER BYRD                                                                      DEFENDANT
(originally sued as CHARLENE BYRD)

## ORDER

Defendant having answered, the Clerk is directed to change the style of the case to indicate the correct name of the defendant as Charley Elmer Byrd.

IT IS SO ORDERED THIS 4th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE