IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TONY DANIELS**
**ADC #149908**                                                                                    **PLAINTIFF**

V.                                    3:11CV00018 JMM

**CHARLEY ELMER BYRD**
**Officer, Gosnell Police Department**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 12th day of July, 2012.

*/s/ James M. Moody*
James M. Moody
United States District Judge